UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| SHAWN VOISINE | * | CIVIL ACTION NO.: |
|     Plaintiff | * | |
| | * | |
| VERSUS | * | SECTION |
| | * | |
| | * | |
| ODEBRECHT CONSTRUCTION, INC. | * | |
| | * | |
|     Defendant | * | MAGISTRATE |
| | * | |

************************************

## COMPLAINT

TO: **THE HONORABLE JUDGE OF THE EASTERN DISTRICT OF THE STATE OF LOUISIANA:**

The complaint of SHAWN VOISINE, a person of the full age of majority and a citizen of and domiciled in the State of Louisiana, with respect avers:

1.

Made defendant herein is **ODEBRECHT CONSTRUCTION, INC.** (hereinafter **"OBEBRECHT"**), a foreign company authorized to do and doing business in the Eastern District of the State of Louisiana.

2.

That jurisdiction for this claim is based upon the existence of a federal question 28 USC § 1331 and the general maritime law 28 USC §1333, venue is proper pursuant to 28 USC §1391 as the defendant is subject to personal jurisdiction in the Eastern District and plaintiff designates this as a Rule 9(b) claim.

3.

That at all times material hereto, plaintiff was working as a Jones Act seaman and was employed by the defendant, **ODEBRECHT,** and was assigned

to work as a heavy equipment operator aboard a spud barge ( hereinafter "vessel") owned by **ODEBRECHT** and servicing the 325 tract hole in Lake Pontchartrain located in the Parish of Jefferson.

4.

That on or about the 1st of April, 2011, your plaintiff, while performing maintenance on the crane was struck by a counter weight knocking him to the deck and causing, severe, debilitating, disfiguring and permanent injuries to his head, jaw, neck and shoulder.

5.

That the above described incident was caused solely by the negligence of **ODEBRECHT** through its agents, servants and employees and the unseaworthiness of the spud barge which are more particularly described as follows:

### NEGLIGENCE OF ODEBRECHT

a. Failing to provide competent supervision;
b. Maneuvering a crane when the operator knew or should have known that the plaintiff was performing maintenance on the crane;
c. Maneuvering the crane without making sure that it was safe to do so under the prevailing conditions;
d. Failing to adequately train its heavy equipment operators in the safe operation of its equipment

### UNSEAWORTHINESS OF THE VESSEL

a. Having incompetent supervision;
b. Having an insufficient crew to perform the work;
c. Other unseaworthy conditions which will be shown more fully at the trial of this matter.

6.

That without regard to the issues of negligence or unseaworthiness, the defendant, **ODEBRECHT,** became obligated to pay your plaintiff maintenance, cure and unearned wages until such time as he has reached maximum medical improvement.

7.

That as a result of the negligence of the defendant, **ODEBRECHT,** and the unseaworthiness of the vessel, your plaintiff sustained the following damages:

Physical pain and suffering, past, present and future;

Mental pain and suffering, past, present and future;

Loss of earnings, past, present and future;

Loss of earnings capacity ;

Medical expenses, past, present and future;

Disfigurement;

Loss of enjoyment of life;

Permanent disability.

WHEREFORE, plaintiff, Shawn Voisine, prays that the defendant **ODEBRECHT** be duly cited and served with a copy of this Complaint and that after due proceedings are had that there be judgment rendered in favor of your plaintiff Shawn Voisine and against the defendant **ODEBRECHT** in an amount sufficient to adequately compensate him for his damages, together with legal interest from date of judicial demand until paid, for all costs of these proceedings

and for all general and equitable relief.

                                        BRUNO & BRUNO

                                    __/s/ Stephen P. Bruno_____
                                    STEPHEN P. BRUNO, #1272
                                    855 BARONNE STREET
                                    NEW ORLEANS, LOUISIANA 70113
                                    (504) 525-1335

PLEASE SERVE:

Odebrecht Construction, Inc.
Through its registered agent for service
Registered Agent Solutions, Inc.
3867 Plaza Tower Drive 1st Floor
Baton Rouge, LA 70816