UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **SHAWN VOISINE** | * | CIVIL ACTION NO:  11-1589 |
|     **Plaintiff** | * | |
| | * | |
| **VERSUS** | * | JUDGE SARAH S. VANCE |
| | * | |
| **ODEBRECHT CONSTRUCTION, INC.** | * | MAGISTRATE JUDGE |
|     **Defendant** | * | JOSEPH C. WILKINSON, JR. |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**O R D E R**

Considering the foregoing motion,

IT IS ORDERED, ADJUDGED AND DECREED that the above entitled action, and all claims within it, be and it is hereby dismissed, with prejudice, each party to bear its own costs.

New Orleans, Louisiana, this __9th__ day of _____July_____, 2012.

_____
JUDGE SARAH S. VANCE
UNITED STATES DISTRICT JUDGE